# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LORENZO ROBERTSON**
**ADC #132212**                                                        **PLAINTIFF**

v.                        No. 5:18-cv-123-DPM-BD

**OZELL PACE, Corporal, Varner Unit,**
**ADC; ERNEST HESTER, III, Lieutenant,**
**Varner Unit, ADC; AVIVA SMITH, Sergeant,**
**Varner Unit, ADC; JONATHAN MARTIN,**
**Captain, Varner Unit, ADC; WENDY KELLEY,**
**Director, ADC; and JAMES GIBSON, Warden**       **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 15, and overrules Robertson's objections, № 16. FED. R. CIV. P. 72(b)(3). The grievance Robertson points to in his objections was filed after the January 2018 stabbing and therefore can't support a failure to protect claim. Robertson's claims against Gibson and Kelley are therefore dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 June 2018