IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO ROBERTSON
ADC #132212                                                                PLAINTIFF

v.                         No. 5:18-cv-123-DPM-BD

OZELL PACE, Corporal, Varner
Unit, ADC; ERNEST HESTER, III,
Lieutenant, Varner Unit, ADC;
AVIVA SMITH, Sergeant, Varner
Unit, ADC; and JONATHAN MARTIN,
Captain, Varner Unit, ADC                                                  DEFENDANTS

ORDER

Unopposed partial recommendation, № 32, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 17, denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2018