IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO ROBERTSON                                                    PLAINTIFF
ADC #132212

v.                          No. 5:18-cv-123-DPM-BD

OZELL PACE, Corporal, Varner Unit, ADC;
ERNEST HESTER, III, Lieutenant, Varner
Unit, ADC; AVIVA SMITH, Sergeant,
Varner Unit, ADC; and JONATHAN
MARTIN, Captain, Varner Unit, ADC                                    DEFENDANTS

## ORDER

In objecting to the recommendation, the Defendants introduced new affidavits and evidence. № 49-1–49-3. The Magistrate Judge is best situated to consider this new material first. The Court therefore declines the recommendation, № 46, without prejudice and returns this case to the Magistrate Judge for further proceedings. After Robertson has had an opportunity to respond to the new papers, the Court would benefit from an updated recommendation.

So Ordered.

*D.P. Marshall Jr.*
D. P. Marshall Jr.
United States District Judge

17 December 2018