IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO ROBERTSON
ADC #132212                                                                PLAINTIFF

v.                          No. 5:18-cv-123-DPM

OZELL PACE, Corporal, Varner Unit,
ADC; ERNEST HESTER, III, Lieutenant,
Varner Unit, ADC; AVIVA SMITH, Sergeant,
Varner Unit, ADC; and JONATHAN MARTIN,
Captain, Varner Unit, ADC                                                  DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 86, and overrules Robertson's objections, № 88 & № 89. FED. R. CIV. P. 72(b)(3). The Court believes Robertson when he says that sending his grievance to the Director was an honest mistake. The Court understands Robertson's frustration with not having his case decided on the merits. But the law on exhaustion is clear and strict; this Court must follow that law; and Robertson's misunderstanding the grievance procedure isn't a sufficient reason to excuse the exhaustion requirement. *Cf. Ross v. Blake*, 136 S. Ct. 1850 (2016). The motion for summary judgment, № 36, is therefore granted. Robertson's remaining claims will be dismissed without prejudice for failure to exhaust. All other pending motions are denied as moot.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

25 July 2019