IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LORENZO ROBERTSON
ADC #132212                                                                PLAINTIFF

v.                          No. 5:18-cv-123-DPM

OZELL PACE, Corporal, Varner Unit,
ADC; ERNEST HESTER, III, Lieutenant,
Varner Unit, ADC; AVIVA SMITH, Sergeant,
Varner Unit, ADC; JONATHAN MARTIN,
Captain, Varner Unit, ADC; WENDY KELLEY,
Director, ADC; and JAMES GIBSON, Warden         DEFENDANTS

## JUDGMENT

Robertson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 July 2019